IN RE APPLICATION OF HATTON.

[Cite as *In re Application of Hatton* (1992), 64 Ohio St.3d 440.]

(No. 92–261—Submitted May 5, 1992—Decided August 26, 1992.)

*Robert Timothy Hatton, pro se.*

*Rendigs, Fry, Kiely & Dennis* and *David Winchester Peck,* for the Cincinnati Bar Association.

---

*Per Curiam.* Having thoroughly reviewed the record, we agree with the board's finding that Robert Timothy Hatton has not shown the good character required for admission to the Ohio Bar. We also agree with the board's recommendation. Therefore, Hatton's application is disapproved, and he is barred from reapplying for admission to the practice of law in this state.

*Order accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.